UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Hugo GUTIERREZ Sanchez,<br><br>        Defendant | Magistrate Docket No. '08 MJ 0342<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 4, 2008** within the Southern District of California, defendant, **Hugo GUTIERREZ Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

 

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th** DAY OF **FEBRUARY, 2008.**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Hugo GUTIERREZ Sanchez

## PROBABLE CAUSE STATEMENT

On February 4, 2008 at approximately 9:20 p.m. while performing linewatch duties in the Imperial Beach area of operations, Border Patrol Agent I. Solorzano was notified via agency radio of two individuals walking north in an area known as the "39 Bowl". This area is located approximately 300 yards north of the U.S. / Mexico International Boundary Fence and three miles west of the San Ysidro, California Port of Entry. This area is commonly used by undocumented aliens attempting to further their illegal entry into the United States. Upon arriving at the designated location, Agent Solorzano conducted a brief search and located two subjects attempting to conceal themselves in dense brush. Agent Solorzano identified himself as a United States Border Patrol Agent in both the English and Spanish language and questioned each subject as to their citizenship and immigration status. Each of the suspected illegal aliens, including one later identified as defendant **Hugo GUTIERREZ Sanchez,** freely admitted to being citizens and nationals of Mexico not in possession of any immigration documents which would allow them to enter or remain in the United States legally. At approximately 9:35 p.m. both subjects were placed in custody and transported to the Imperial Beach Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 05, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.