1 **NORMA A. AGUILAR**
California State Bar No. 211088
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Norma_Aguilar@fd.org

5 Attorneys for Mr. Gutierrez Sanchez

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08MJ0342-AJB |
| 12     Plaintiff, ) | |
| 13 v. ) | **NOTICE OF APPEARANCE** |
| 14 HUGO GUTIERREZ SANCHEZ, ) | |
| 15     Defendant. ) | |

17 Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

20                                    Respectfully submitted,

22 Dated: February 13, 2008           */s/ Norma Aguilar*
                                      **NORMA AGUILAR**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Gutierrez Sanchez
24                                    Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 13, 2008         /s/ *Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: Norma_Aguilar@fd.org